UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | NO:  2:20-cr-01206(1)-AM |
| (1) TREVER LLOYD SEXTON | § § | |

# SCHEDULING ORDER

The Court makes the following schedule as to this defendant(s):

The deadline for notifying the court of any plea agreement entered into by the parties in this cause is **Monday, September 07, 2020**. No plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

Docket call and Rearraignment are set for **Tuesday, September 08, 2020 at 9:00 A.M.** before United States District Judge Alia Moses, Federal Building- U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 1, Del Rio, Texas.

Jury selection and trial are set for **Tuesday, September 15, 2020 at 9:00 A.M.** in the Courtroom of United States District Judge Alia Moses, Federal Building - U.S. Courts, 111 East Broadway, 2nd Floor, Courtroom Number 1, Del Rio, Texas. Motions to Suppress will be heard immediately prior to the jury selection or will be carried with the trial unless otherwise ordered by this Court.

**AS A REMINDER TO THE ATTORNEY FOR DEFENDANT**:  If your client is in custody, arrangements should be made with the United States Marshal Service prior to date of jury selection and trial to ensure your client has proper attire. In addition, whenever defendants or witnesses have a need for the services of the court interpreter, please notify Debbie Green, Courtroom Deputy for Judge Moses, (830) 703-3754, no later than five (5) days before the court setting.

All exhibits shall be marked by counsel prior to jury selection.

The Clerk of Court shall send a copy of this order to the United States Attorney, attorney for defendant, United States Marshal Service, United States Probation Office and Pretrial Services Office. **Counsel for defendant shall notify defendant** of this setting and, if defendant is on bond, advise the defendant that he/she must be present for all court settings unless excused by the Court.

IT IS SO ORDERED this **15th day of July, 2020.**

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE