# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO: |
| vs. § | DR:20-CR-01206(1)-AM |
| § | |
| (1) TREVER LLOYD SEXTON § | |

## ORDER SETTING REARRAIGNMENT/ PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **REARRAIGNMENT/ PLEA** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Tuesday, April 27, 2021 at 10:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 5th day of March, 2021.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE