UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| V. | ) CRIMINAL NO. DR-20-CR-1206-AM |
| | ) |
| TREVER LLOYD SEXTON, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture (ECF No._____), pursuant to Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds that: the United States of America has proven by a preponderance of the evidence the nexus between the property described below and Title 18 U.S.C. §§ 2251(a) & (e) violations by virtue of the Defendant's written Plea Agreement with the factual basis contained therein; and the Defendant has an interest in the Subject Property. Said Motion is meritorious and should be, and hereby is **GRANTED**.

IT IS THEREFORE **ORDERED** that all right, title, and interest of Defendant TREVER LLOYD SEXTON in the below property, namely:

1. Galaxy Note 9 Model SM-N960U cell phone with Android ID addl30aee4cbf814; and
2. Bluetooth Speaker,

hereinafter referred to as the Subject Property, be, and hereby is, forfeited to the United States of America.

IT IS FURTHER **ORDERED** that all right, title, and interest of all other potential petitioners in the Subject Property, be, and hereby is, held in default and FORFEITED to the United States of America.

IT IS FURTHER **ORDERED** that the Department of Homeland Security and/or its designated agent, shall dispose of the Subject Property in accordance with law.

IT IS FURTHER **ORDERED** that this Court's Preliminary Order of Forfeiture (ECF No. 40), in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE ALIA MOSES
CHIEF, UNITED STATES DISTRICT JUDGE