IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

DEC 1 3 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| v. | §  Criminal Case No. DR-20-CR-1206-AM |
| TREVER LLOYD SEXTON, | § |
| Defendant. | § |

# FINAL JUDGMENT OF FORFEITURE

Pending before the Court is the Government's Motion for Final Judgment of Forfeiture (ECF No. 51), pursuant to Title 21 U.S.C. § 853(n)(1)-(7), and Rules 32.2(c)(2) of the Federal Rules of Criminal Procedure. The Defendant did not respond, and thus the Motion is unopposed. *See* L.R. CR-47(b) ("If a party opposes a motion, the party *must* file its response . . . within 11 days of service of the motion.") (emphasis added). In consideration of the below, the Government's Motion for Final Judgment of Forfeiture is meritorious, and hereby is in all things **GRANTED**.

On April 27, 2021, the Defendant pleaded guilty to Count One of the Indictment for Sexual Exploitation of Children, in violation of 18 U.S.C. §§ 2251(a) & (e). (ECF No. 36.) Pursuant to the written Plea Agreement [ECF No. 37], the Defendant agreed to forfeit certain property, namely:

**1. Galaxy Note 9 Model SM-N960U cell phone with Android ID addl30aee4cbf814; and**
**2. Bluetooth Speaker,**

hereinafter referred to as the "Subject Property."

On August 10, 2021, this Court entered a Preliminary Order of Forfeiture finding that the Government had established by a preponderance of the evidence a nexus between the Subject Property and the Defendants' violations. (ECF No. 40.) Pursuant to said order, the Government posted the Notice of Forfeiture on an official internet government forfeiture site

(www.forfeiture.gov) for at least thirty (30) consecutive days, from August 20, 2021, to September 18, 2021, as required by of Fed. R. Crim. P. 32.2(b)(6)(C).  (ECF No. 51 at 2.) The Government filed the Declaration of Publication on October 29, 2021.  (ECF No. 43.) The Government knows of no other persons or entities who may have a third-party interest in the Subject Property.  (ECF No. 51 at 2.)  No petitions were filed in this cause by any third-party interests against the Subject Property pursuant to Title 21 U.S.C. §§ 853(n)(1-7) and Fed. R. Crim. P. 32.2(c)(1), and the time for filing such petitions has expired.  (*Id.*)

On September 26, 2023, Defendant **TREVER LLOYD SEXTON** was sentenced to two hundred forty (240) months imprisonment. (ECF No. 48.) The Subject Property was included in the Judgment in a criminal case entered by this Court on October 11, 2023.  (ECF No. 49.)

This Court being fully apprised in all its premises, finds that the Defendant, **TREVER LLOYD SEXTON**, had an interest in the Subject Property that is subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(n)(1-7).  For the reasons above, the Court **GRANTS** the Government's Motion for Final Judgment of Forfeiture. (ECF No. 51).

IT IS THEREFORE **ORDERED** that any and all right, title, and interest of the Defendant in the Subject Property is **FORFEITED** to the United States of America.

IT IS FURTHER **ORDERED** that any and all right, title, and interest of any and all other potential petitioners in the Subject Property shall be held in default and is **FORFEITED** to the United States of America.

IT IS FURTHER **ORDERED** that the Subject Property are hereby **FORFEITED** to the United States of America.

IT IS FURTHER **ORDERED** that the Subject Property shall be disposed of by the Department of Homeland Security, or its designated agent, in accordance with the law.

IT IS FURTHER **ORDERED** that all terms and provisions contained in the Court's Preliminary Order of Forfeiture (ECF No. 40) entered on August 10, 2021, as long as they are applicable and consistent with this Order, shall remain in full force and effect.

SIGNED and ENTERED on this 13th day of December 2023.

_____
ALIA MOSES
Chief United States District Judge