**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Antonio Franco, Jr.
   Assistant U.S. Attorney
   Asset Forfeiture Section
   601 N.W. Loop 410, Suite 600
   San Antonio, TX 78216
   DR-20-CR-1206  Doc. [52]

   9590 9402 7635 2122 1053 70

2. Article Number (Transfer from service label)

   7022 0410 0002 9925 8131

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_       ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Monica Figue                  12/18/23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

FILED
DEC 27 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt